# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AF HOLDINGS, LLC,

        Plaintiff,

vs.

RAY DAWKINS,

        Defendants.
_____/

Case No. 12-13436

HONORABLE ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

## NOTICE OF STATUS CONFERENCE TO SCHEDULE: DISCOVERY, FINAL PRETRIAL ORDER AND FINAL PRETRIAL CONFERENCE

You are notified to appear on **Friday, October 26, 2012 at 3:30 p.m.** in the Chambers of the Honorable Arthur J. Tarnow, Room 124, Theodore Levin U. S. Courthouse, 231 W. Lafayette, Detroit, Michigan, for a **Status Conference** on the above cause. **The attorney appearing at this conference must be familiar with the case.** Also, please have someone with settlement authority at the conference.

### PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:

1. A brief summary to the Court of the case and issues;
2. Subject matter jurisdiction;
3. Relationship to other cases; and
4. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.

At the conference, the Court will set a discovery cut-off date, schedule a final pretrial conference and a trial date. Discovery may commence immediately. All motions **must** be disposed of prior to the final pretrial conference. Counsel desiring to have motions heard will file them by electronic means, with a courtesy copy sent to Judge Tarnow's chambers. A date for hearing on the motion will be assigned by this Court, and counsel will be notified as to the date.

To view Judge Tarnow's pretrial and trial practice, see www.mied.uscourts.gov

                                                  s/Michael E. Lang
                                                  Case Manager for Arthur J. Tarnow

Dated: October 15, 2012

_____

## CERTIFICATE OF SERVICE

      I hereby certify on October 15, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on October 15, 2012: **None.**

                                                  s/Michael E. Lang
                                                  Case Manager to
                                                  District Judge Arthur J. Tarnow
                                                  (313) 234-5182