UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

       Plaintiff,

                                   Case No.: 2:12-cv-13436-AJT-LJM
                                   Hon.: Arthur J. Tarnow

   v.

RAY DAWKINS,

       Defendant.

_____/

**<u>STIPULATED ORDER  DISMISSING COMPLAINT</u>**

NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Ray Dawkins and through his counsel, John Herrman, and the parties having agreed that, pursuant to a settlement as to the dispute underlying the instant action reached by and between the parties, the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Ray Dawkins, in the above-captioned case, shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that no party shall be obligated to pay costs and/or fees of any other party in this matter.

      **IT IS SO ORDERED**.

                                               <u>s/Arthur J. Tarnow</u>
                                               Honorable United States District Judge

Dated: October 31, 2012

Approved as to form and substance:

| | |
|---|---|
| __/s/ John Hermann_____ | __/s/ Jonathan Tappan_____ |
| John Hermann (P52858) | Jonathan W. Tappan (P72195) |
| Attorney for Defendant | Attorney for Plaintiff |
| Ray Dawkins | AF Holdings, LLC |